IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| and DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this day 25th of April, 2005, consistent with the memorandum opinion issued this same day:

IT IS ORDERED that:

1. Plaintiff's motion to amend is granted. (D.I. 17)

2. Defendant Department of Correction's motion to dismiss is granted. (D.I. 10)

_____
United States District Judge