IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM F. DAVIS, III,            )
                                  )
        Plaintiff,                )
                                  )
   v.                             )   Civ. No. 04-209-SLR
                                  )
CORRECTIONAL MEDICAL SYSTEM'S,    )
FIRST CORRECTIONAL MEDICAL,       )
WARDEN RAPHAEL WILLIAMS, and      )
COMMISSIONER/DOC STAN TAYLOR,     )
                                  )
        Defendants.               )

O R D E R

At Wilmington this $\mathcal{H}$ day of June, 2005 having granted plaintiff's motion to amend his complaint;

IT IS ORDERED that:

1.   Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall submit to the court **within thirty (30) days** an **original** United States Marshal-285 form for each of the newly added defendants, Warden Raphael Williams and Commissioner/DOC Stan Taylor.   Failure to submit this form may provide grounds for dismissal of these defendants from this action pursuant to Fed. R. Civ. P. 4(m).

2.   Upon receipt of the completed United States Marshal-285 forms, the United States Marshal shall serve a copy of the signed complaint (D.I. 2), the amended complaint (D.I. 17), the court orders of May 4, 2004, July 27, 2004, the memorandum opinion

and order of April 25, 2005, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

_____
United States District Judge