To    US District court CIVN 004-209-SLR.
From  William F Davis III
RE    Motion for appointment of counsel

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I William F Davis III am unable to present myself because complexity of this legal issue. I have mental disorders bipolar and depression that I am on medication for. I have a learning disabilty reading writing and there is no way I can do the research and fight these cases on my own. I have had jail house lawers helping me with these claims and there making a lot of mistakes one problem I'm having is amending defendents. The court gave me untill July 2-2005 to amend these defendents. I'm asking the court to grant me counsel for which I have pending lawsuits.

thank you
William F Davis III



William F Davis III
S.B.I 162762 Pod 1-c
cell 16
P.O. Box 9561
Wilm, Del 19809

United States District Court
844 N. King Street, Lock Box 18
Wilm, Del 19801