In the United States District Court
for the District of Delaware

William F. Davis,
    Plaintiff

v.    CV-04-204-SLR

Correction Medical System's
First Correctional Medical
Warden Raphael Williams
(FNU) Robinson and
Betty (LNU),
    Defendant's

Ex Parte motion for Appointement of Counsel
Pursuant to 28 U.S.C. § 1915(e)(2000)

Plaintiff William F. Davis III moves this Court to appoint Counsel in the Above-Captioned Case. In support there of the following is asserted:

1) the Controlling Case for this matter for the third Circuit is Tabron v Grace, 6 F.3d 147, 155-58 (3d Cir 1993).

2) the Plaintiff has stated a Claim upon which relief can be granted.

3) the plaintiff is unable to present this Claim. He has several dehabilitating mental disorders. Court filings thus far have been completed by fellow inmates who are scheduled to be released soon.

4) the Complexity of the legal issues is a factor in this request for the reasons set forth in paragraph 3, Supra.

5) As the plaintiff is a prisoner and the Defendants are Prison Worker witness Credibility will be an issue.

Wherefore Plaintiff William F Davis III prays that this Honorable Court appoint Counsel in this matter.