IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM F. DAVIS, III,                )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )   Civ. No. 04-209-SLR
                                       )
CORRECTIONAL MEDICAL SYSTEM'S,         )
FIRST CORRECTIONAL MEDICAL,            )
WARDEN RAPHAEL WILLIAMS, and           )
COMMISSIONER/DOC STAN TAYLOR,          )
                                       )
        Defendants.                    )

# O R D E R

At Wilmington this 2d day of August, 2005 having considered plaintiff's motion for injunctive relief;

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 23) on or before **August 15, 2005**.

2. Plaintiff may file a reply on or before **September 15, 2005**.

_____
United States District Judge