

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

*[Civil Division – New Castle County]*

August 3, 2005

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lock Box 31
Wilmington, DE 19801

      Re:   **William F. Davis v. First Correctional Medical, et al;**
              **C.A. No. 04-209-SLR**

Dear Judge Robinson:

      Please accept this letter in response to the Court's August 2, 2005 Order which sets a briefing schedule on Plaintiff's Motion for Injunctive Relief. (D.I. # 25). Pursuant to Your Honor's Memorandum Opinion dated April 25, 2005, the State of Delaware Department of Correction was dismissed from this action. (D.I. # 19). A review of the docket in this matter reflects that the Plaintiff has failed to take any action to serve any of the newly-added State Defendants within the timeframe set by the Court's June 3, 2005 Order.[1]  (D.I. # 21).

---

[1] The June 3, 2005 Order specifically required the Plaintiff to submit U.S. Marshall 285 Forms for the newly-added Defendants to the Court within 30 days of the order. The Order specifies that Plaintiff's failure to submit said forms might result in the dismissal of the newly-added Defendants. Plaintiff has failed to take any action to submit said forms or serve the newly added Defendants at a time more than 60 days following the June 3, 2005 Order.

The Hon. Sue L. Robinson
August 3, 2005
Page 2

      Accordingly, for the purposes of making a record in this matter, Stan Taylor and Raphael Williams have not been served and are not present in this action. For that reason, I do not have the ability to enter a general appearance on behalf of Mr. Taylor or Mr. Williams.

                                                     Respectfully Submitted,

                                                       /S/ Aaron R. Goldstein

                                                       Aaron R. Goldstein
                                                     Deputy Attorney General

CC:    Daniel L. McKenty, Esquire (via CM/ECF)
           William F. Davis, III (via U.S. Mail)
           Clerk of Court (via CM/ECF)