IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEM'S, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| WARDEN RAPHAEL WILLIAMS, and | ) |
| COMMISSIONER/DOC STAN TAYLOR, | ) |
| | ) |
|     Defendants. | ) |

# O R D E R

WHEREAS, on April 25, 2005, the court granted plaintiff's motion for leave to amend his complaint adding two defendants, Raphael Williams and Stan Taylor to his civil rights action;

WHEREAS, on June 3, 2005, the court entered an order requiring plaintiff to complete and return USM-285 forms within thirty (30) days for the two defendants listed in his amended complaint and that failure to timely provide the USM-285 forms may result in the dismissal of said defendants from this action pursuant to Fed. R. Civ. P. 4(m) (D.I. 44);

WHEREAS, to date, the required USM-285 forms for Raphael Williams and Stan Taylor have not been received from plaintiff;

THEREFORE, at Wilmington this 23d day of August, 2005, IT IS HEREBY ORDERED that defendants Raphael Williams and Stan Taylor are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                                                        _____
                                                                         United States District Judge