IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-209-SLR |
| ) | |
| CORRECTIONAL MEDICAL SYSTEM'S ) | |
| and FIRST CORRECTIONAL ) | |
| MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 19th day of October, 2005, defendant First Correctional Medical having failed to respond to the court's order of August 2, 2005 setting a briefing schedule for plaintiff's motion for injunctive relief in the above-captioned case;

IT IS ORDERED that, on or before **November 18, 2005,** said defendant shall show cause why judgment should not be entered against it in the above-captioned action for failure to defend.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANT FIRST CORRECTIONAL MEDICAL.

_____
United States District Judge