LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA) | 1225 N. KING STREET | PENNSYLVANIA OFFICE |
| DANIEL L. MCKENTY (DE) | SUITE 1100 | 123 S. Broad Street |
| GERALD J. HAGER (DE, PA) | P.O. BOX 397 | Suite 2035 |
| DANA M. SPRING (DE) | WILMINGTON, DE 19899-0397 | Philadelphia, PA 19109 |
| | TEL: (302) 655-6749 | |
| PARALEGALS | FAX: (302) 655-6827 | **Writer's Direct Contact** |
| JUSTINA K. BAYLESS | | Telephone Extension: 31 |
| JANE E. KLAFTER | | Dspring@mccmck.com |
| CANDACE E. HOLMES | | Www.mccmck.com |
| LAURA B. SPENCE | | |
| MARY S. MOONEY | | |

November 1, 2005

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

      Re:    *Davis, W. v. Correctional Medical Services, et al.*
             *C.A. No. 04-209 (SLR)*

Dear Judge Robinson:

      This letter is in response to your October 19, 2005 Order to Show Cause (D.I. 28). First Correctional Medical did not respond to the Court's order of August 2, 2005 because it has not yet been served in this matter. Counsel reviewed the August 2, 2005 Order and has been continually monitoring this case.

      As a measure of good faith and to help the Court dispense with this matter, First Correctional Medical will file a Motion to Dismiss concurrently with this letter. Please do not hesitate to contact me if I can be of additional service. I remain,

                                        Respectfully yours,

                                        /s/ Dana M. Spring

                                        Dana M. Spring

cc:    Kevin J. Connors, Esquire
         Aaron R. Goldstein, Esquire
         William F. Davis, SBI # 162762