IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-209-SLR |
| CORRECTIONAL MEDICAL SYSTEM'S, FIRST CORRECTIONAL MEDICAL, WARDEN RAPHAEL WILLIAMS, and COMMISSIONER/DOC STAN TAYLOR, | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 2d day of August, 2005 having considered plaintiff's motion for injunctive relief;

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 23) on or before **August 15, 2005**.

2. Plaintiff may file a reply on or before **September 15, 2005**.

I need a copy for this

_____
United States District Judge

RECEIVED
NOV - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM William F Davis III
SBI# 162762    UNIT 23-C-US
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C.V. No. 04-209-SLR

U.S. District Court
District of Delaware   Lock Box 18
Boggs Federal Building
844 King Street Wilm, Del
19801