OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 9, 2005

TO:  William F. Davis IIII
     SBI #162762
     DCC
     1181 Paddock Road
     Smyrna, DE 19977

    **RE:  *Request for Copywork*; CA 04-209 SLR**

Dear Mr. Davis:

   A letter has been received by the Clerk's office from you requesting a copy of docket item 23 (motion to amend) from the above mentioned case.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. The total cost for your request is $1.50 (3 pages).

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/jp                                      PETER T. DALLEO
                                         CLERK

cc:  The Honorable Sue L. Robinson; CA 04-209 SLR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
|     Plaintiff, | ) |
| v. | ) Civ. No. 04-209-SLR |
| CORRECTIONAL MEDICAL SYSTEM'S, FIRST CORRECTIONAL MEDICAL, WARDEN RAPHAEL WILLIAMS, and COMMISSIONER/DOC STAN TAYLOR, | ) |
|     Defendants. | ) |

O R D E R

At Wilmington this 2d day of August, 2005 having considered plaintiff's motion for injunctive relief;

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 23) on or before **August 15, 2005**.

2. Plaintiff may file a reply on or before **September 15, 2005**.

*I need a copy for this*

                                                                                           /s/ *signature*
                                                United States District Judge

RECEIVED NOV - 8 2005 U S DISTRICT COURT DISTRICT OF DELAWARE