IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
WILLIAM F. DAVIS, III,         )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civ. No. 04-209-SLR
                               )
FIRST CORRECTIONAL MEDICAL,    )
                               )
          Defendant.           )
```

**O R D E R**

At Wilmington this 9th day of January, 2006, defendant First Correctional Medical having filed a motion to dismiss on November 1, 2005 (D.I. 30);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **February 6, 2006.**

2. Defendant may file and serve a reply brief on or before **February 13, 2006.**

_____
United States District Judge