**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William F. Davis III | 04-209-SLR |
| DEFENDANT | TYPE OF PROCESS |
| Corr. med Systems, First Corr. med. Dept. of Corr | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Medical Svc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 12647 Olive Blvd ST Louis, MO 63141

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William F Davis III
Howard R. Young Corr. Facility
1301 E. 12th Street
P.O. Box 9561
Wilm, Del 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma Pauperis

FILED JAN 31 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  |  Total Process  |  District of Origin No. 15  |  District to Serve No. 44  |  Signature of Authorized USMS Deputy or Clerk  |  Date 1-13-06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Tracy Bartoli, Manger of Legal Svc.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/24/06   Time: 1:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $16.33 | $8.00 | $114.33 | | | |

**REMARKS:** D/DE request personal service. Def failed to return Waiver. 36 miles at .45¢ a mile $16.33
2 hours at 45.00 a hour = $90.00
Forwarding Fee $8.00

| PRIOR EDITIONS MAY BE USED | 2. USMS RECORD | FORM USM-285 (Rev. 12/15/80) |