IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | C. A. No. 04-209-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| INC. (incorrectly designated as "Correctional | ) | |
| Medical Systems"), et al. | ) | |
| | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS") TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems") ("CMS"), through its undersigned attorneys, hereby moves for dismissal of plaintiff's Complaint for the reasons set forth in the accompanying Memorandum of Points and Authorities.

WHEREFORE, defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), respectfully moves this Honorable Court to enter the attached Order, granting its Motion to Dismiss Plaintiff's Complaint.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc.
(incorrectly designated as "Correctional Medical Systems")

Dated: March 3, 2006
\15_A\LIAB\KJCONNORS\LLPG\336856\VLLUCAS\13252\00161