**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | C. A. No. 04-209-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC. (incorrectly designated | ) | |
| as "Correctional Medical Systems"), et al. | ) | |
| | ) | |

## ORDER

And now this _____ day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), for Summary Judgment and Plaintiff's Response thereto, it is hereby ordered that the Motion is Granted and that plaintiff's Complaint against defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), is dismissed with prejudice.

_____
Judge Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\337015\VLLUCAS\13252\00161