IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | C. A. No. 04-209-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | |
| CORRECTIONAL MEDICAL | ) | TWELVE DEMANDED |
| SERVICES, INC. (incorrectly designated | ) | |
| as "Correctional Medical Systems"), et al. | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES incorrectly designated as "Correctional Medical Systems"), TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES in the above-captioned matter this date via e-filing and/or regular mail:

Aaron R. Goldstein, Esq.
Department of Justice
820 N. French Street, 6th Floor
Wilmington, De 19801

Daniel L. McKenty, Esq.
Dana Michele Spring, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
PO Box 397
Wilmington, DE 19899-0397

William F. Davis, III
SBI # 162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc
(incorrectly designated as "Correctional Medical Systems")

Dated: March 3, 2006
\15_A\LIAB\KJCONNORS\LLPG\337019\VLLUCAS\13252\00161