to: U.S. District Court
from: William F. Davis III
re: medical complaint statement 04-209

I William F. Davis III (Plantiff) was diagnosed with two ventral hernias on may 22, 2002. By Dr. Ina. Who had seen me. and given me a hernia belt. Then reffered me to Dr. Robinson who had ran some test. After about a week of nausia in pain I was returned for more test. Which determined. I had a inflamed pancreas. It wasnt until June 6, 2002 that I was commited to the infirmary at Howard Young Correctional Center in Wilmington, Delaware. During my stay in the infirmary I lost considerable weight. They ordered me ensure for three 1/2 months nurse Belly was my nurse, and she said that "I am not going to the hospital because she thought it wasnt that serious." The first correctional medical staff that was there at the time on [Sept. 25] 2002 I went threw Sept. 5

FILED APR 10 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Surgery. And it was determined by the surgeon, Dr. Mamon that the feces present in my intestine was deadly, and if not taken care of immediatly, then it could have resulted in my death.

Yours truly

I/M William F. Davis III
SBI# 162762    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

office of
United State
844 N. King
Wilm, Del