**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM F. DAVIS, III | 04-209-SLR |
| DEFENDANT | TYPE OF PROCESS |
| First Correctional Medical, ET ALL | O/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Robinson / First Correctional Medical

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
First Correction Medical 6661 North Oracle Road Tucson, Arizona 85704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Davis III
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
William F. Davis III
TELEPHONE NUMBER: N/A
DATE: 4/6/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED MAY 24 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date of Service: 5/23/06
Signature of U.S. Marshal or Deputy: BR

REMARKS: FCM does not accept service for individuals, only FCM. Ret Unexecuted.