D.I. #_____

# CIVIL ACTION NUMBER: 04-209 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here — WILMINGTON DE

Sent To: Ms. Dana Spring Monzo
Street, Apt. No.; or PO Box No.: 1225 N. King Street, Suite 1100 PO Box 397
City, State, ZIP+4: Wilmington, DE 19899-0397

7005 1820 0004 3169 6176

PS Form 3800, June 2002    See Reverse for Instructions