D.I. #_____

# CIVIL ACTION
# NUMBER: 04-209 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Sent To: First Correctional Medical, Inc.
Street, Apt. No.; or PO Box No.: 6861 Northoracle Road
City, State, ZIP+4: Tucson, AZ 85704

7005 1820 0004 3169 6152

PS Form 3800, June 2002   See Reverse for Instructions