United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 04-209 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

04-209-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. DanaSpring Monzo
McCullough + McKenty, PA
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

2. Article Number
(Transfer from service label)

7005 1820 0004 3169 6176

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Michael Albert      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Michael Albert

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes