H:\FILES\DAN\DAVIS (FCM)\Motion to Seal.wpd

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |

## FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL

First Correctional Medical, hereinafter "FCM", moves the Court for a protective order sealing the addresses of its former employees. In support of its motion, FCM offers the following:

1. Pursuant to D.I. 42, this Court requested that FCM provide the last known addresses of the following individuals:

    Dr. Robinson
    Nurse Betty Doe

2. These individuals have worked, and may continue to work, in the Delaware Prison System. Due to the sensitive nature of their employment and the population they serve/served, FCM requests, for both the protection and privacy of their former employees, that their personal information be kept under seal.

3. In order to comply with D.I. 42, FCM has filed the requested addresses as Exhibit A under seal and prays that this Court will see that service as to these individuals is handled by the Federal Marshal Service without the plaintiff gaining access to the private information of FCM's former employees.

4.  For the above mentioned reasons, FCM requests that this Court seal the addresses of FCM's former employees.

          **MCCULLOUGH & MCKENTY, P.A.**

          /s/ Dana Spring Monzo
          Daniel L. McKenty, Del. Bar #2689
          Dana Spring Monzo, Del. Bar # 4605
          McCullough & McKenty, P.A.
          1225 N. King Street, Suite 1100
          Wilmington, DE 19899-0397
          (302) 655-6749
          Attorneys for First Correctional Medical

Dated: June 14, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |

## **ORDER**

**AND NOW**, the Court having considered First Correctional Medical's Motion to Seal, and it appearing that the motion is brought in good faith,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the addresses of First Correctional Medical's former employees be sealed.

_____

J.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

**FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A**

CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

Dated: June 14, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, **First Correctional Medical's Motion to Seal** was served, via first class mail, upon the following:

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants

Dated: June 14, 2006