UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

**FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A**

**CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

Dated: June 14, 2006