United States District Court

## Judge Copy

| | | |
|---|---|---|
| William F. Davis III<br>in the Case, et al,<br>Plaintiffs<br><br>v.<br><br>First Correctional Medical<br>in the Case, et al,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Plaintiff's<br>First Request<br>for Production<br>of Documents<br><br>Civil Action No. C.A. 04-209-S-L |

*FILED 2006 AUG -1 PM 3:05 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE — BD scanned*

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants, First Correctional Medical, Produce for inspection and Copying the following documents: from May 1-2002 to September 30-2002. within 30 days

1- the complete prison of all Plaintiff's

2- All written statements, originals or copies, identifiable as reports about the incident on my Hernia from May 1-2002 to September 30-2002.

3.- Any and all medical records of Plaintiff from the time of his incarceration including the date of your response to this request.

4- Any and all rules, regulations and policies about treatment of Prisoners with Hernia.

5- I want to request medical Grievances that is against them from Mai-2002 to Dec 31-2002.

6- Affidavit from the Doctor who did my surgery and what he founded.

Dated: 7-29-06

Signed: William F. Davis III

# CERTIFICATE OF SERVICE

I, _William F. Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_First Request for Production of Documents_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

_Office of the Clerk_
_United States District Court_
_844 N. King Street, Lock Box 18_
_Wilm, Del 19801-3570_

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _29_ day of _July_, 20_06_.

_William F. Davis III_
(Your signature)

IM William F. Davis III
SBI# 162762   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
31 JUL 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilm, Del
                19801-2570