The United States District Court

William F. Davis III
in the Case, et al
  Plaintiffs
       V
First Correctional medical
  in the Case, et
    Defendants

Civil Action NO. CA-04-209-SL



RP scanned

## motion for Default Judgment

Plaintiffs move this Court for a judgment by default in this Action and show that the Complaint in the above case was filed in this Court on the date 8-30-06 filed the Summons and Complaint were duly served on the Defendant, First Correctional medical on the date 7-29-06 no Answer or other defense has been filed by Defendant, default was entered in the Civil docket in the office of this on the day default entered day of 8-30-06 no proceedings have been taken by Defendant since the default was entered Defendant was not in military Sevice And is not an infant or incompetent as appears in the declaration of William F. Davis III Submitted here with

Where for, Plaintiff moves that this Court make and enter a judgment that Same,prays for relief in Complaint.

Dated: 8-30-06

William F. Davis III SB.I 162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del 19977

## CERTIFICATE OF SERVICE

I, _William F. Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_motion for Default Judgment_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

_Office of the Clerk_
_United States District Court_

_844 N. King Street_
_Lock box 18_
_Wilm Del 19801-3570_

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _27_ day of _August_, 200_6_

_William F Davis III_
(Your signature)

IM William F. Davis III
SBI# 162762  UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 AUG 2006 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilm, DE
X-19801-3570
U.S.M.S.
RA