United States District Court

William F. Davis III

-V-

Betty Bradley
and
Benjamin Robinson

Civil Action No. 04-209-SLR

Plaintiff, William F. Davis III Pursuant to Rules 15(A) and 19(A), Fed.R Civ requests leave to file an ameded Complaint adding a party. newly named Defendants.

1. the plaintiff in his original Complaint, Betty Bradley and Benjamin Robinson Defendent.

2. Since the filing of the Complaint the plaintiff has determined that the name Betty Bradley and Benjamin Robinson, Defendant are ameded to reflect the identity and the actions of Defendant, Betty Bradley and Benjamin Robinson.

3. this Court should grant leave freely to amend a Complaint, Foman V. Davis, 371 U.S 178, 187 (1962.)

Date: 10-3-06

William F. Davis III
S.B.I# 162762
Delaware Correctional Center
1181 Paddock, Road Smyrna, Del 19977


FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Statement of Claim

In this statement of Claim, I William F. Davis III am showing how the First Correctional medical Incorporated Including Doctor Benjamin Robinson and Nurse Betty Bradley displayed diliberate indifference, negligence, and reckless regard for my well being and health by failing to act reasonably in response to the danger I was in due to my hernia.

On May twenty two, of the year two thousand two I, William F. Davis III Complained of Abdominal pain and was seen by first Correctional medical. On May twenty three of the year two thousand and two, I William F. Davis III was seen again and the hernia's were diagnosed as easily reducible and not causing pain. On June six of the year two thousand and two, I William F. Davis III was seen yet again for pain and it was determined that the hernia was <u>not reducible</u>. That is when I, William F. Davis III was Admitted and x-rays were took. The end results of the x-rays was that my pancreus was inflamed and my bowel was obstructed. While in the firmary I was placed on a liquid diet, stool softner and pain medicine

Because of these serious medical problems I, William F. Davis III could no longer work, exercise, play basketball, Eat or sleep due to the agonzing pain from the hernia. Doctor Benjamin Robinson and Nurse Betty Bradly work for First Correctional medical were deliberatly indifferent and negligent because they new from the diagnosis that my hernia's was not reducible, Causing all kinds of Agonizing pain, and keeping me from normal Actisitite such as, work, exercise, sports and sleep, and Doctor Benjamin Robinson and Nures Betty Bradley did nothing for 3½ months. I, William F. Davis III am holding First Correctional medical including Doctor Benjamin Robinson and Nures Betty Bradley personally liable because they complety ignored the diagnosis resulting in losing 4 inches of my intestines,

Finding feces inside of Abdominal and leaving me with a very hidious and unattractive long scar on my abdominal. First Correctional medical I corperated, including Doctor Benjamin Robinson and Nurse Betty Bradley violated my eigth ammendment right, cruel and unusual punishment that Doctor Benjamin Robinson and Betty Bradley displayed that they ignored the diagnosis for three and a half month, ultimately resulting in injury by losing four inches of my intestines, not being able to eat or sleep and work, finding feces inside of my abdominal and leaving me scared for the rest of my life physically and mentally.

Doctor, Benjamin Robinson and Nurse Betty Bradley also displayed medical malpractice by ignoring my diagnos for three and a half months, me, William F. Davis III. this misdiagnosis resulted in losing four inches of intestines, finding feces insides of me. Also Doctor Saint Francis mammon said if an infection had developed in result to finding feces in my Abdominal that I would have suffered serious complications, or Death.

Complaint Should not be Dismissed one prisoner's Section 1983 Case Called Cruz. v. Beto, 405 U.S. 319, 322 (1972). or Conley .v. Gibson, 355 U.S 41, 45-46 (1957).

Respectfully,
William F. Davis III

## CERTIFICATE OF SERVICE

I, William F Davis III, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

Pursuant to Rules 15(A) and 19(A) Fed.R Civ Ameded Complaint
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Daniel L. McKenty
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE, 19899-0397

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this 10 day of Oct, 2006.

William F Davis III
(Your signature)

IM William E Davis III
SBI# 162702  UNIT C-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OCT 13 2006

Office of the Clerk
United States District Court
844 N. King Street Lock box 18
Wilm, Del
19801-3570