OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 6, 2006

TO: William F. Davis, III
    SBI#162762
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    **RE: U.S. Marshal 285 Forms**
        *Civil Action #*04-209(SLR)

Dear Mr. Davis:

    Please be advised that this office has received U.S. Marshal 285 forms in the above referenced case for Benjamin Robinson and Betty Bradley. The Court has still not received the copies of the complaint (DI 2) and the amended complaint (DI 17) for service upon the newly named defendants. Please submit service copies of the above mentioned documents to the Clerk's Office.

                Sincerely,

/ead

                PETER T. DALLEO
                CLERK

cc: The Honorable Sue L. Robinson