OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2006

TO: William F. Davis, III
SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **U.S. Marshal 285 Forms**
*Civil Action #04-209(SLR)*

Dear Mr. Davis:

Please be advised that this office has received U.S. Marshal 285 forms in the above referenced case for Benjamin Robinson and Betty Bradley. The Court has still not received the copies of the complaint (DI 2) and the amended complaint (DI 17) for service upon the newly named defendants. Please submit service copies of the above mentioned documents to the Clerk's Office.

*I do not have the Copies of the Complaint, tell me what to do - my paper got lost when I went to the hold. ASAP*

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson



RECEIVED DEC 22 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE