IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE BETTY and DR. ROBINSON, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 12th day of January, 2007, defendant First Correctional Medical having filed a renewed motion to dismiss on September 12, 2006 (D.I. 50);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **February 12, 2007**.

2. Defendant may file and serve a reply brief on or before **February 26, 2007**.

_____
United States District Judge