IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff filed a motion to amend his complaint on October 16, 2006 (D.I. 52);

WHEREAS, ["a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a), and the defendants have not yet been served;

THEREFORE, at Wilmington this 11th day of January, 2007, IT IS ORDERED that:

1. The motion to amend the complaint (D.I. 52) is GRANTED.

2. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

3. This order shall supplement the court's supplemental service order (D.I. 51) dated September 26, 2006. The United States Marshal shall forthwith serve a copy of the amended complaint (D.I. 52) along with the other documents listed in the

supplemental service order (D.I. 51).

                                    _____
                                    UNITED STATES DISTRICT JUDGE