To: office of the Clerk                    04-209 (SLR)

I have a orderd to answering a brief be for February 12-07.
I need more time prepare to Answering a briefs.
I may a appointment to see a inmate paralegal assistance to help me with my legal work because I do not know how to do it.
I can not write. I have a learning disabilities and bipolar disorder. to have a inmate paralegal assistace to do my legal work for me it is a prosess I have to do. I need proof about my learning disabilitia bipolar disorder it is going to take time.

thank you
William F. Davis III
S.B.I. 162762

FILED
JAN 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM William F. Davis III
SBI# 162762  UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JAN 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, DE
19801-3570