IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS III, <br> PLAINTIFF, <br><br> -v- <br><br> FIRST CORRECTIONAL MEDICAL, NURSE BETTY DOE, AND DR. BENJAMIN ROBINSON, <br><br> DEFENDANTS. | )<br>)<br>)<br>)  C.A. No. 04-209-SLR<br>)<br>)<br>)<br>)<br>)<br>) |



FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## DECLARATION

I, WILLIAM F. DAVIS III, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT ALL ALLEGATIONS AND STATEMENTS MADE IN THE ORIGINAL COMPLAINT AND ALL OTHER FILINGS IN THE ABOVE ENTITLED ACTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT THE DELAWARE CORRECTIONAL CENTER IN SMYRNA, DELAWARE ON FEBRUARY 1, 2007.

*William F. Davis III*

WILLIAM F. DAVIS III
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CERTIFICATE OF SERVICE

I, WILLIAM F. DAVIS III, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS <u>DECLARATION</u> HAS BEEN SERVED UPON THE FOLLOWING PARTIES:

U.S. DISTRICT COURT
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801

AND

DANIEL L. McKENTY, ESQ.
DANA SPRING MONZO, ESQ.
1225 N. KING ST., SUITE 1100
P.O. BOX 397
WILMINGTON, DELAWARE 19899

ON THIS 1ST DAY OF FEBRUARY, 2007

William F. Davis III