IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-209-SLR |
| FIRST CORRECTIONAL MEDICAL, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 13th day of February, 2007, having considered plaintiff's motion for an extension of time (D.I. 57);

IT IS ORDERED that said motion is granted and briefing on First Correctional Medical's renewed motion to dismiss shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **March 12, 2007**.

2. Defendant may file and serve a reply brief on or before **March 26, 2007**.

_____
United States District Judge