OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 20, 2007

*TO: William F. Davis, III*
*SBI #162762*
*D.C.C.*
*1181 Paddock Road*
*Smyrna, DE 19977*

*RE:  Private Document*
*Civ. No. 04-209 SLR*

*Dear Mr. Davis:*

*The private document that you presented to the court for filing on 3/16/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.*

*Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.*

*Sincerely,*

*/rpg*

*PETER T. DALLEO*
*CLERK*

*cc:  The Honorable Sue L. Robinson*