**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants Betty Bradley and Benjamin Robinson, M.D., hereby adopt and incorporate by reference the *Renewed Motion to Dismiss* filed by First Correctional Medical on September 12, 2006, D.I. 50.

 

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty Del. Bar # 2689
Dana Spring Monzo Del. Bar # 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Betty Bradley and Benjamin Robinson, M.D.

Dated: March 23, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Dana Spring Monzo, do hereby certify that on this date two copies of **Motion to Dismiss** were served by first class mail, postage prepaid, and electronic filing upon the following individuals:

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        **McCULLOUGH & McKENTY, P.A.**

        /s/ Dana Spring Monzo
        Daniel L. McKenty Del. Bar # 2689
        Dana Spring Monzo Del. Bar # 4605
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorneys for First Correctional Medical, Betty Bradley and Benjamin Robinson, M.D.

Dated: March 23, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL )<br>SYSTEMS, FIRST CORRECTIONAL )<br>MEDICAL, and the DEPT. OF )<br>CORRECTION, )<br>)<br>Defendants. ) | C.A. No. 04-209-SLR |

## **ORDER**

And now this _____ day of _____, 2007, having considered Betty Bradley and Benjamin Robinson M.D.'s Motion to Dismiss and any opposition thereto,

it is HEREBY ORDERED that Betty Bradley and Benjamin Robinson M.D.'s Motion to Dismiss is granted.

_____
                                                                                                                        J.