IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEM, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE BETTY BRADLEY, and | ) |
| DR. BENJAMIN ROBINSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 29th day of March 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (D.I. 49) is **denied**.

2. First Correctional Medical's motion to dismiss (D.I. 50) in **granted** as to the medical negligence under Delaware law and **denied** in all other respects.

3. Defendant Betty Bradley and Benjamin Robinson, M.D.'s motion to dismiss (D.I. 66) is   **granted** as to the  medical negligence under Delaware law and **denied** in all other respects.

4. Within **thirty days** from the date of this order First Correctional Medical shall show good cause for its failure to comply with a request for waiver of service as required by Fed. R. Civ. P. 4(d)(2).

_____
UNITED STATES DISTRICT JUDGE