## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | C. A. No. 04-209-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC. (incorrectly designated | ) | |
| as "Correctional Medical Systems"), et al. | ) | |
| | ) | |

## ORDER

And now this _____ day of _____, 2007, upon consideration of the Renewed Motion of Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), to Dismiss Plaintiff's Complaint and Amended Complaint, it is hereby ordered that the Motion is Granted and that plaintiff's Complaint and Amended Complaint against defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), are dismissed with prejudice.

_____
Judge Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\419309\VLLUCAS\13252\00161