United States District Court

William F. Davis III

    Plaintiff

    V.

Correctional medical Systems

   Defendents

Civil Action No. 04-209-SLR



## Motion for leave to File a Ameded Complaint

Plaintiff, William F. Davis III, Pursuant to rules 15(A) And 19(A), Fed. R. Civ. P, requests leave to File a Amended Complaint.

1. the plaintiff in his original Complaint named Correctional medical systems Defendant.

2. Since the filling of the Complaint the plaintiff has determined that the name Correctional medical Systems, Defendant. Correct name is Correctional medical Services.

3. this Court Should grant leave freely to amend a Complaint, FoMAN V. Davis, 371 U.S. 178, 187-(1962)

    DAte: 4-24-07

       Respectfully Submitted
       Plaintiff's William F Davis III

Plaintiff's Address,
Delaware Correctional Center
1181, Paddock road
Smyrna, Del 19977

## CERTIFICATE OF SERVICE

I, _William F Davis III_ , hereby swear under penalty of

perjury that I have rendered service of a true and correct

cop(ies) of the attached:

_Ameded Complaint_

(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

_U.S District Court_
_844 N. King St_
_Lock, Box 18_
_wilm, Del 19801_

_Daniel L. McClenty_
_McCullough & McClenty, PA_
_1225 North King Street,_
_Suite 1100, wilm, Del_
_19899 - 0397_

_Kevin J. Connors_
_Marshall Dennehey, Warner,_
_Coleman & Goggin_
_1220 N. Market St Suite_
_500 P.O Box 8888, wilm Del 19899_

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the
Delaware Department of Corrections/Pre-paid, and depositing same
in the United States Mail at the Multipurpose Criminal Justice
Facility, 1301 East 12th Street, Wilmington, Delaware.

On this ____ day of _____, 200__.

_William F Davis III_

(Your signature)

IM William F. Davis III

SBI# 162762    UNIT T-2

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of Office
U.S. District Court
844 N. King St
Lock Box 18
Wilm, Del 19801