IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-209-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendants First Correctional Medical, Betty Bradley and Benjamin Robinson, M.D.

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
302-655-6749
Attorney for Defendants
First Correctional Medical, Betty Bradley and
Benjamin Robinson, M.D.

McCULLOUGH & McKENTY, P.A.

/s/ Daniel L. McKenty
Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
302-655-6749
Attorney for Defendants
First Correctional Medical, Betty Bradley and
Benjamin Robinson, M.D.

Dated: June 13, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-209-SLR |
| | ) |
| v. | ) |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, and the DEPT. OF CORRECTION, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via Electronic Service*
Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

*Via First Class Mail*
William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007