IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 21st day of June, 2007, defendant having filed a renewed motion to dismiss the complaint (D.I. 70);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **July 20, 2007**.

    2.    Defendant may file and serve a reply brief on or before **August 2, 2007**.

_____
United States District Judge