### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | DEMANDED |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

And now this _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., to Deem Dispositive Motion Unopposed and to Enter Judgment in Favor of Correctional Medical Services, Inc. it is hereby ordered that the Motion of Defendant, Correctional Medical Services, Inc., to Deem Dispositive Motion Unopposed and to Enter Judgment in Favor of Correctional Medical Services, Inc. is granted. It is further Ordered that plaintiff's Complaint and Amended Complaint against Defendant, Correctional Medical Services, Inc., are dismissed with prejudice and that judgment is entered in favor of defendant, Correctional Medical Services, Inc., and against plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

_____
Judge Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\443454\VLLUCAS\13252\00161