The United States District Court

William F. Davis III

v.

Warden Raphael Williams
First Correction medical
C/o Davies, Captain Emmit
C/o Reginald Mayes

Civ. No 05-067-SLR



FILED
SEP - 4 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE
BD scanned

I need help with my legal work. I suffer from Bipolar, learning Disabilities and Depperssion. I been move Administrative transfer Security facility. low library is not help inmate no one is working in the law library. law library give inmate legal work that is it. I can't do legal work. I got Court Order to do Answering briefs and affadavits I can't do, may you help me.

Dear Judge Sue Robinson

William F Davis III
S.B.I 162762
Date: 8-27-07

Thank you

William F. Davis III
SBI# 162762  UNIT MHU-2d B-L-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 AUG 2007 PM 1 T

Judge Sue Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilm, Del
19801