William F. Davis III

V

Warden Raphael Williams
First Correctional medical
Dr. Boston, Brian Casey
c/o Davies, Captian Emmit
c/o Reginald moyes and
Deba muscarella
                    Defendante

C.A. No. 05-67-SLR
      04-209



FILED

SEP - 6 2007

SUE L. ROBINSON
U.S. DISTRICT JUDGE

RD scanned

Dear, Honorable Sue L. Robinson
may I have extra time to work on my Brief.
I am having a hard time to fine some one
to help me. I wrote two letter to you that
I can't do legal work. Defendants is asking
for summary judgment soom and I
need more time 30 days.
                              thank you
                       William F. Davis III
                  Date 8-30-07

William F. Davis III
SBI# 162762 UNIT MHU 22-BC-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
31 AUG 2007 PM 2 T

Sue L. Robinson
U.S. District Court
844 North King Street Room 4209
Lock Box 31 Wilm, De1
19801