In the United States District Court
for the District of Delaware

William F. Davis III  )
Plaintiff  )
  )
v.  )
  )
Correction Medical Services  ) C.V.-04-209-SLR
First Correctional Medical  )
Nurse Betty Bradley and  )
Dr. Benjamin Robinson  )
Defendant's  )

FILED
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

no scanned

<u>Exparte motion for Appointement of Counsel</u>
Pursuant to 28 U.S.C § 1915(e) (2000)

Plaintiff, William F. Davis III moves this Court to Appoint Counsel in the Above-Captioned Case. In Support there of the following is Asserted:

1) the Controlling Case for this matter for the third Circuit is <u>Tabron v. Grace</u>, 6 F.3d 147, 155-58 (3d Cir 1993).

2) the Plaintiff has stated a claim upon which relief can be granted.

3) the Plaintiff is unable to present this claim.

He has several dehabilitating mental disorders.

Court filing thus far have been completed

by fellow inmates who are scheduled to be released soon.

4.) the Complexity of the legal issues is a factor in this request for the reason set forth in Paragraph 3, Supra.

5.) As the Plaintiff is a prisoner and the Defendents are Prison worker witness Credibility will be an issues where fore Plaintiff William F. Davis III prays that this Honorable Court Appoint Counsel in this matter.

6.) A trial in this Case will likely involve Conflicting testimony, and Counsel would better enable Plaintiff to present evidence and Cross examine witness.

Date:

William F. Davis III
S.B.I 162762
Delaware Correctional Center
118 Paddock Road
Smyrna, Del 19977

**Certificate of Service**

I, William F. Davis III, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Appointment of Counsel And Production of Documents upon the following parties/person(s):

TO: Dana Spring Monzo
McCullough & McKenty, P.A.
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397 Wilm, Del 19899-0397

TO: McCullough & McKenty, P.A.
Daniel L. McKenty
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397
Wilm, Del 19899

TO: Kevin J. Connors, Esquire
Marshall Dennehey Warner Colen & Goggin
1220 N. Market Street 5th Floor
P.O. Box 8888 Wilm, Del
19899-8888

TO: Aaron R. Goldstein
Department of Justice
820 N. French Street 6th Floor
Wilm, Del 19801

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, Del 19801-3570

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 31 day of October, 2007

William F. Davis III

INMATE William F. Davis III
SBI# 162762  UNIT MHU 22-B-L-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.58
NOV 03 2007
MAILED FROM ZIPCODE 19977

U.S.M.S. X-RAY

Judge Sue L. Robinso
Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, Del   19801-3570