In the United States District Court
for the District of Delaware

William F. Davis III
  Plaintiff
  in the Case, et Al,

  v.

Correction Medical Services
First Correctional Medical,
Nurse Betty Bradley And
Dr. Benjamin Robinson
  in the Case, et Al,
  Defendants

Plaintiff's First Request for Production of Documents

Civil Action: C.V.-04-209-SLR

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, And Federal Rule of Civil Procedure 26(b)(1).

Plaintiff request that Defendants, Correction Medical Services, First Correctional Medical, Nurse Betty Bradley And Dr. Benjamin Robinson, Produce for inspection And Copying the following documents:

1.) Any And All medical records of Plaintiff from the time of Surgery A rupture Hernia done by Dr. Mammen Sept 30, 2002 Gander Hill Prison.

2.) A written Affidavit from Dr. Mammen about my rupture.

Dated: 10-31-07

Signed: William F. Davis III

## Certificate of Service

I, William F. Davis, III, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Appointment of Counsel And Production of Documents upon the following parties/person(s):

TO: McCullough & McKenty PA
Dana Spring Monzo
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397 Wilm, Del 19899-0397

TO: McCullough & McKenty PA
Daniel L. McKenty
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397
Wilm, Del 19899

TO: Kevin J. Connors, Esquire
Marshall Dennehey Warner Colen & Goggin
1220 N. Market Street 5th Floor
P.O. Box 8888 Wilm, Del 19899-8888

TO: Aaron R. Goldstein
Department of Justice
820 N. French Street 6th Floor
Wilm, Del 19801

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, Del 19801-3570

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 31 day of October, 2007

William F. Davis, III

[Stamp: U.S. DISTRICT JUDGE SUE L. ROBINSON  NOV - 6 2007  FILED]

IM William F. Davis III
SBI# 162762  UNIT MHU22-B-L-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.58⁰ NOV 03 2007
MAILED FROM ZIPCODE 19977

U.S.M.S. X-RAY

Judge Sue L. Robinso
Office of the Clerk
United States District Court
844 N. King Street Lock box 18
Wilm, Del.    19801-3570