IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the foregoing RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, in the above-captioned matter this date via e-filing and/or U. S. mail:

Daniel L. McKenty, Esq.
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
PO Box 128
Wilmington, DE 19899-0128

William F. Davis, III
SBI # 162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc

Dated:  January 3, 2008
15/568752.v1