U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: William F Davis III | COURT CASE NUMBER: 04-209-SLR |
| DEFENDANT: Correctional Systems First Correctional... | TYPE OF PROCESS: Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: First Correctional Inc.

**AT** ADDRESS: 6861 North Oracle RD Tucson, AZ 85704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William F Davis III
Howard R. Young Corr. Facility
1301 E. 12th Street
P.O. Box 9561
Wilm, Del 19809

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. 15 | District to Serve No. 8 | Signature of Authorized USMS Deputy or Clerk: BF | Date: 1-13-06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks"...

Name and title of individual served: Sue Gianculo / Services Supervisor

Date of Service: 1-23-06   Time: 945 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | $0.00 | $53.00 | |

REMARKS: D/DE requests personal service. Def. Failed to Return Waiver.

PRIOR EDITIONS MAY BE USED — 2. USMS RECORD — FORM USM-285 (Rev. 12/15/80)