IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-209-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE BETTY BRADLEY, and | ) |
| DR. BENJAMIN ROBINSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 8th day of January, 2008;

On June 13, 2007, the court ordered First Correctional Medical ("FCM") to pay the costs incurred by the U.S. Marshal Service in effecting service upon it. (D.I. 74) The U.S. Marshal Service advises the court that it incurred fifty-three dollars ($53.00) in costs to effect service upon FCM.

IT IS HEREBY ORDERED that:

1. First Correctional Medical shall remit the fifty-three dollars ($53.00) in costs by check payable to the U.S. Marshal Service. The U.S. Marshal Service has requested that payment of costs be mailed to the clerk's office. When payment is made, it will be immediately docketed and then forwarded to the U.S. Marshal Service. Payment shall be made within **thirty** days from the date of this order

2. The clerk of the court is directed to forward a copy of this order to the U.S. Marshal Service.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Sue L. Robinson_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE