IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-209-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE BETTY BRADLEY, | ) |
| DR. BENJAMIN ROBINSON, and | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 10th day of January, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Correctional Medical Services' renewed motion to dismiss plaintiff's complaint and amended complaint (D.I. 70) is **granted** and it is **dismissed** from the case.

2. Correctional Medical Services' motion to deem dispositive unopposed and to enter judgment in its favor (D.I. 77) is **denied** as **moot**.

3. Plaintiff's ex parte motion for appointment of counsel (D.I. 80) is **denied** without prejudice with leave to renew.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE