# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA

800 DELAWARE AVENUE

SUITE 200

POST OFFICE BOX 128

WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
DANIEL L. McKENTY
WILLIAM D. RIMMER*
JOHN W. MORGAN
JOHN GILBERT*
DAVID R. BATMAN
PATRICK G. ROCK▲
CHERYL A. WARD
KRISTA E. BUTLER*
AYESHA S. CHACKO*

AREA CODE 302
573-4800

TELECOPIER
573-4806

* DELAWARE AND PENNSYLVANIA BAR
▲ DELAWARE, MASSACHUSETTS AND
  MAINE BAR

March 14, 2008
Refer to PI 07 17876

U.S. District Court Clerk
District of Delaware
844 North King Street
Wilmington, DE  19801

RE:    Daniel S. Green, FCM, LLC
       C.A. No. 04-~~27-SLR~~ 209 -SLR

Dear District Court Clerk:

The Court has ordered the defendant FCM, Inc. (DI 85) to pay costs in the above matter on January 9, 2008 of $53.00.

I apologize for the delay in making this payment. A personnel change in my office has interrupted my response to this matter.

Thank you for your time and attention to this matter.

Respectfully submitted,

Daniel L. McKenty

Enc.

**U.S. Department of Justice**
*United States Marshals Service*

NO. E  280192

## RECEIPT

District of _____ DE _____

| 1. RECEIVED OF: | 2. DATE |
|---|---|
| Hechler & Frabizzio | 3-17-08 |

| 3. COURT/CASE NUMBER OR PURPOSE OF COLLECTION | 4. AMOUNT |
|---|---|
| Citizens Bank check # 1050 to U.S. Marshals Service CA 04-209 (per Court order dated 1-9-08) | $ 53.00 |

2008 MAR 20 AM

| | 5. TOTAL | $ 53.00 |

*(Note: if check is received in mail and is for process, place in USM-286 folder)*

**COPY 1—REMITTER**

6. RECEIVED BY *(U.S. Marshals Service Official)*

FORM USM-303 (Rev. 2/92)