# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
DANIEL L. McKENTY
WILLIAM D. RIMMER*
JOHN W. MORGAN
JOHN GILBERT*
DAVID R. BATMAN
PATRICK G. ROCK▲
CHERYL A. WARD
KRISTA E. BUTLER*
AYESHA S. CHACKO*

* DELAWARE AND PENNSYLVANIA BAR
▲ DELAWARE, MASSACHUSETTS AND
  MAINE BAR

AREA CODE 302
573-4800

TELECOPIER
573-4806

March 19, 2008
Refer to PI 07 17810

U.S. District Court Clerk
District of Delaware
844 North King Street
Wilmington, DE  19801

FILED
MAR 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE:   Davis v. FCM
      C.A. No. 04-209-SLR

Dear District Court Clerk:

I understand that a typographical error sent the payment of $53.00 to a case called Green v. FCM, but that it is being redirected to Davis v. FCM.

Thank you for your courtesy in this regard.

Respectfully submitted,

Daniel L. McKenty

DLM/dmd/387243

Daniel L. McKenty, Esq.
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, DE 19899

19801433570

U.S. District Court Clerk
District of Delaware
844 North King Street
Wilmington, DE 19801



UNITED STATES POSTAGE
$ 00.41⁰
MAR 27 2008
MAILED FROM ZIP CODE 19801
0214
000461483⁹