IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )    Civ. No. 04-209-SLR<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>NURSE BETTY BRADLEY and DR. )<br>BENJAMIN ROBINSON, )<br>)<br>Defendants. ) | |

# ORDER

At Wilmington this 24th day of March, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **July 31, 2008.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 1, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **October 1, 2008.** Reply briefs shall be filed on or before **October 15, 2008.**

_____
United States District Judge