UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-CV-209-SLR |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | TRIAL BY JURY OF |
| INC., et al., ) | TWELVE DEMANDED |
| ) | |
| Defendants. ) | |

ENTRY OF APPEARANCE

TO: William F. Davis, III, SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

PLEASE ENTER TO APPEARANCE of Patrick G. Rock, of Heckler & Frabizzio, The Corporate Plaza, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, Delaware 19899 on behalf of First Correctional Medical in the above referenced action.

HECKLER & FRABIZZIO

__/s/Patrick G. Rock, Esquire___
PATRICK G. ROCK, ESQUIRE
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, Delaware 19899
(302) 573-4800
(302) 573-4806 fax
Attorney for Defendant First
Correctional Medical

Dated:
17810 / 396905

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on May 29, 2008, I have caused a copy of the foregoing Entry of Appearance to be served via first Class US Mail, postage prepaid upon the following:

    William F. Davis, III
    SBI#162762
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE  19977

    Heckler & Frabizzio, P.A.

    /s/Patrick G. Rock
    Patrick G. Rock, *DE Bar #4632*
    800 Delaware Avenue, Suite 200
    PO BOX 128
    Wilmington, DE 19899
    Attorney for Defendant First
    Correctional Medical

Dated: May 29, 2008
17810 / 396921