UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:   William F. Davis, III
      SBI#162762
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of defendant, will take the oral deposition of plaintiff, William Davis, III, on **Wednesday, July 16, 2008,** commencing at **10:00 a.m.** at the Delaware Correctional Center located at 1181 Paddock Road, Smyrna, Delaware 19977.

                    Heckler & Frabizzio

                    /s/ Patrick G. Rock
                    Patrick G. Rock (Del. I.D. #4632)
                    Delaware Corporate Center
                    800 Delaware Ave., Ste. 200
                    Wilmington, DE 19899-0397
                    Attorney for Defendant, Daniel T. Dolt

Dated: June 26, 2008
17810/401196

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>INC., et al., )<br>)<br>Defendants. ) | C.A. No. 04-CV-209 SLR<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on June 26, 2008, I have caused a copy of the foregoing Notice of Deposition to be served via first Class US Mail, postage prepaid upon the following:

> William F. Davis, III
> SBI#162762
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

Heckler & Frabizzio, P.A.

/s/ Patrick G. Rock

Patrick G. Rock, *DE Bar #4632*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant First
Correctional Medical

Dated: June 26, 2008
17810 / 401198