IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter my appearance as co-counsel on behalf of defendants, Nurse Betty Bradley and Dr. Benjamin Robinson, in the above-captioned matter.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQ.
> DE Bar ID: 2135
> 1220 North Market Street, 5th Fl.
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Co-Counsel for Defendants, Nurse Betty Bradley and Dr. Benjamin Robinson

Date: July 9, 2008
15/642409.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the foregoing Entry of Appearance as co-counsel on behalf of defendants, Nurse Betty Bradley and Dr. Benjamin Robinson, in the above-captioned matter this date via e-filing and/or U. S. mail:

Daniel L. McKenty, Esq.  
Heckler & Frabizzio  
800 Delaware Avenue, Suite 200  
PO Box 128  
Wilmington, DE  19899-0128

William F. Davis, III  
SBI # 162762  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Co-Counsel for Defendants, Nurse Betty Bradley and Dr. Benjamin Robinson

Date: July 9, 2008
15/642409.v1