IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER IN NOTICE OF DEPOSITION**

TO:   William F. Davis, III
      SBI # 162762
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

PLEASE TAKE NOTICE that the undersigned attorney, joins in the notice to take the oral deposition of plaintiff, William Davis, III, on Wednesday, July 16, 2008, commencing at 10:00 a.m. at the Delaware Correctional Center located at 1181 Paddock Road, Smyrna, Delaware 19977.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN

                    BY: */s/ Kevin J. Connors*
                    KEVIN J. CONNORS, ESQ.
                    DE Bar ID: 2135
                    1220 North Market Street, 5th Fl.
                    P.O. Box 8888
                    Wilmington, DE 19899-8888
                    Co-Counsel for Defendants, Nurse Betty Bradley and Dr. Benjamin Robinson

Date: July 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | C. A. No. 04-209-SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the foregoing Joinder in Notice of Deposition as co-counsel on behalf of defendants, Nurse Betty Bradley and Dr. Benjamin Robinson, in the above-captioned matter this date via e-filing and/or U.S. Mail:

Patrick G. Rock, Esquire
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899

William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: /s/ *Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Co-Counsel for Defendants, Nurse Betty Bradley and Dr. Benjamin Robinson

Date: July 15, 2008
15/644942.v1