

United States District Court

William F. Davis III )
  Plaintiff, )
 )
V. )
 ) Civil Action No. 04-209-SLR
Correctional Medical Services )
First Correctional Medical )
nurse Betty Bradley, and )
Dr. Benjain Robinson )
  Defendants. )



FILED
AUG - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for leave to file a Amended Complaint

1. Plaintiff, William F. Davis III, Pursuant to rules 15(A) and 19(A), Fed. R. Civ P, requests leave to file a mended Complaint.

2. Since the filing of the original law suit the plaintiff has determined to add money damages, Compensatory damages and punitive damges. I want to be compenated for all of my pain and suffering both physically and mentally. two million dollard for Compensatory damages and fifty thousand from each defendants for punitive damages.

3. This Court Should grant leave freely to amend a Complaint. foman v. Davis, 371 U.S. 178, 182 (1962.)

Respectfully Submitted   Date: 7-27-08

William F Davis III

Address, Delaware Correctional Center
   1181, Paddock road Smyrna, Del 19977