

The United States District Court

William F. Davis III
in the case, et al,
Plaintiff

v.

Correctional Medical Services,
First Correctional Medical,
Nurse Betty Bradley and
Dr. Benjamin Robinson
Defendants.

Civil Action No. 04-209-SLR


FILED
AUG - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Leave to File a Amended Complaint

Plaintiff, William F. Davis III pursuant to rules 15(A) and 19(A) Fed. R. Civ. request leave to file a amended complaint adding a party.

1. The plaintiff in his original named Correction Medical Services, First Correctional Medical, nurse Betty Bradley and Dr. Benjamin Robinson, Defendants.

2. Since the filing of the complaint the plaintiff has determined that the name nurse Betty Bradley and Dr. Benjamin Robinson individually and in their official capacities, Defendants are amended to reflect the identity and the defendants, Betty Bradley and Dr. Benjamin Robinson, individually and in their official capacities.

3. I pray that this Court Should grant leave freely to amend a Complaint. Foman v. Davis, 371 U.S 178, 182 (1962). I didn't know about their official or individually capacities.

Date: 7-27-08

Respectfully Submitted,
William F Davis III

James T. Vaughn
Correctional Center
1181 Paddock road
Smyrna Del, 19977

# Certificate of Service

I, William F Davis III, hereby certify that I have served a true and correct cop(ies) of the attached: motion for leave to file a amended Complaint upon the following parties/person (s):

TO: Heckler & Frabizzio
Daniel L. McKenty
800 Del. Avenue, Suite 200
P.O. Box 128 Wilm, Del
19899-0128

TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, Del 19801-3570

TO: Marshall, Dennehey, Warner Coleman & Goggin
Kevin J. Connors
1220 North Market Street
5th Fl, P.O. Box 8888
Wilm, Del 19899-8888

TO: Patrick G. Rock
the Corporate Plaza
800 Del. Ave, Suite 200
P.O. Box 128
Wilm, Del 19899

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27 day of July, 2007

William F Davis III