In the United State District Court
For The District of Delaware.

William F. Davis III
   Plaintiff
  v.
First Correctional Medical,
Nurse Betty Bradley and
Dr. Benjamin Robinson,
   Defendants.

Civ. No. 04-209-SLR



Attention Honorable Sue L. Robinson
United States District Judge.

 On Wednesday July 16, 2008, attorney Patrick G. Rock and his associates from Heckler & Frabizzio presented me with several documents of which I have not, now nor have I ever recieved copy.
 When asked the purpose of both the documents and interview, he stated that they were there to cause the dissmissal of my civil action against his client.
 I informed Mr. Rock and his associates that I would be unable to proceed with this interview at that time because I was unable to focus mentally and did give due explanation; worry and concern involving a maternal illness for which I have/had been given partial information and it was causing me great stress.



(9)

Mr. Rock or care for or about my mental health or that I was crying about the matter.

The representation of his clients' wishes or intent were made perfectly clear to me when Mr. Rock stated; "we don't care how you feel right now. We just want some information from you so we can have this civil action dissmissed."

From that point things became more hostile when I told him [Mr. Rock] that I would not review or sign any documents, etc. without an attorney present to represent my interests in this matter, whereby Mr. Rock tryed to play word games and trick me as well as threaten me with the loss of my Civil Action due to what he called non-compliance and other such tactics to try to pressure me to give him what he wanted.

So to avoid further conflict I said that the interview was over and left the room.

Date: 7-27-08
Respectfully submitted,
William D. Parkett

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III<br><br>    Plaintiff,<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL,<br>INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-CV-209 SLR<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>) |

### NOTICE OF DEPOSITION

TO:  William F. Davis, III
      SBI#162762
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of defendant, will take the oral deposition of plaintiff, William Davis, III, on **Wednesday, July 16, 2008**, commencing at **10:00 a.m.** at the Delaware Correctional Center located at 1181 Paddock Road, Smyrna, Delaware 19977.

                                                    Heckler & Frabizzio

                                                    Patrick G. Rock (Del. I.D. #4632)
                                                    Delaware Corporate Center
                                                    800 Delaware Ave., Ste. 200
                                                    Wilmington, DE 19899-0397
                                                    Attorney for Defendant, Daniel T. Dolt

Dated: June 26, 2008
17810/401196