The United States District Courts

William F. Davis III
Plaintiff

v.

Correctional Medical Services,
First Correctional Medical,
Nurse Betty Bradley, And
Dr. Benjamin Robinson,
Defendants.

Civil Action No. 04-209-SLR

Motion for Appointment of Counsel

FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for a order Appointing Counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma Pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. These factor are listed in Montgomery v. Pinchak, 294 F.3d 492, 499 (3rd Cir. 2002). In Parham v. Johnson, 126 F.3d 454, 461 (3d Cir 1997). Court of Appeals where a Plaintiff's case appeare to have merit and most of the aforementioned factors have been met.

5. The Defendants has a lawyer and I would like to have counsel to help me with credibility of Defendants are telling the truth and cross-examination or require investigation in this case and will need medical expert testimony be needed.

Date:

William F. Davis III
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

## Certificate of Service

I, William F. Davis III, hereby certify that I have served a true and correct cop(ies) of the attached: motion for Summary Judgment upon the following parties/person (s):

TO: Heckler & Frabizzio
Daniel L. McKenty
800 Del. Avenue, Suite 200
P.O. Box 128 Wilm, Del
19899-0128

TO: Office of the Clerk
United States District Court
844 N. King Street Lock box 18
Wilm, De 19801-3570

TO: Marshall, Dennehey, Warner Coleman & Goggin
Kevin J. Connors
1220 North Market Street
5th Floor P.O Box 8888
Wilm, De 19899-8888

TO: Patrick G. Rock
The Corporate Plaza
800 Del. Ave Suite 200
P.O. Box 128
Wilm, De 19899

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 17 day of August, 2008

William F. Davis III