UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-cv-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Kevin J. Connors, Esquire          William F. Davis, III
     Marshall Dennehey Warner           SBI#162762
       Coleman & Coggin                 Delaware Correctional Center
     1220 North Market Street,          1181 Paddock Road
     5th Flloor                         Smryna, DE 19977
     P.O. Box 8888
     Wilmington, DE 19899-8888

PLEASE BE ADVISED that the attached Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b)(2) shall be presented at the convenience of the Court.

Heckler & Frabizzio, P.A.

_____
Patrick G. Rock, *DE Bar #4632*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant First
Correctional Medical

Dated: August 29, 2008
17810 / 404171