UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>INC., et al., )<br>)<br>Defendants. ) | C.A. No. 04-CV-209 SLR<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

### ORDER

This ____ day of _____, 2008, **WHEREAS**, PLAINTIFF HAVING BEEN ORDERED TO PROVIDE VERIFIED ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS within ten (10) days pursuant to Order dated August 12, 2008; and a review of the docket indicates that the plaintiff has failed to comply with the Court Order, The Plaintiff's Complaint against defendants is dismissed with prejudice.

_____          _____
DATE                                                                            Judge

Dated:

396929 / 17810