UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-cv-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Kevin J. Connors, Esquire         William F. Davis, III
      Marshall Dennehey Warner          SBI#162762
        Coleman & Coggin                Delaware Correctional Center
      1220 North Market Street,         1181 Paddock Road
      5th Flloor                        Smryna, DE 19977
      P.O. Box 8888
      Wilmington, DE 19899-8888

PLEASE BE ADVISED that the attached **DEFENDANTS BETTY BRADLEY AND DR. BENJAMIN ROBINSON'S MOTION FOR SUMMARY JUDGMENT** shall be presented at the convenience of the Court.

Heckler & Frabizzio, P.A.

_/s/ Patrick G. Rock_
Patrick G. Rock, *DE Bar #4632*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant First
Correctional Medical

Dated: August 29, 2008
17810 / 404171