UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

### RULE 7.1.1 STATEMENT

As the Plaintiff is a *pro se* incarcerated litigant, the parties are exempt from Rule 7.1.1 requirements

Respectfully submitted,

**Heckler & Frabizzio, P.A.**

/s/ Patrick G. Rock
Patrick G. Rock, DE Bar #4632
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendants

Dated: August 29, 2008