UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al., | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, **WHEREAS**, The Court having considered Defendants Nurse Betty Bradley and Dr. Benjamin Robinson's Motion For Summary Judgment and any responses thereto, IT IS ORDERED, that all claims against Nurse Betty Bradley and Dr. Benjamin Robinson are dismissed with prejudice.

_____             _____
DATE                                                                              Judge
396929 / 17810