UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al., | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on August 29, 2008, I have caused a copy of the foregoing **DEFENDANTS BETTY BRADLEY AND DR. BENJAMIN OBINSON'S MOTION FOR SUMMARY JUDGMENT** to be served via first Class US Mail, postage prepaid upon the following:

| | |
|---|---|
| William F. Davis, III<br>SBI#162762<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Kevin J. Connors, Esquire<br>Marshall Dennehey Warner<br>Coleman & Coggin<br>1220 North Market Street,<br>5th Flloor<br>P.O. Box 8888<br>Wilmington, DE 19899 |

Heckler & Frabizzio, P.A.

Patrick G. Rock, *DE Bar* #4632
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendants

Dated: August 29, 2008
17810 / 410290