UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al., | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, **WHEREAS**, The Court having considered Defendant First Correctional Medical's Motion For Summary Judgment and any responses thereto, IT IS ORDERED, that all claims against First Correctional Medical are dismissed with prejudice.

_____   _____
DATE                                                    Judge
396929 / 17810