UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-cv-209 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | TRIAL BY JURY OF |
| INC., et al., | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: Kevin J. Connors, Esquire           William F. Davis, III
    Marshall Dennehey Warner            SBI#162762
      Coleman & Coggin                  Delaware Correctional Center
    1220 North Market Street,           1181 Paddock Road
    5th Flloor                          Smryna, DE 19977
    P.O. Box 8888
    Wilmington, DE 19899-8888

PLEASE BE ADVISED that the attached AMENDMENT TO MOTION

FOR SANCTIONS shall be presented at the convenience of the Court.

Heckler & Frabizzio, P.A.

/s/ Patrick G. Rock

Patrick G. Rock, *DE Bar #4632*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant First
Correctional Medical

Dated: September 5, 2008
17810 / 411089