# EXHIBIT D

(1)

To whom it may concern

Enclosed are issues and documentation when my son was incarcerated at Gander Hill Prison. (Pain and suffering due to hernia)

(A) Letter mailed to me after my conversation with Gregory Smith (Deputy Attorney General) The letter states my son was housed in infirmary. Not so at the time.

(B) Second letter sent to Senator Biden's office, from Warden after I gave Senator Biden's spokesperson - Leane Butler, my documentation & my son's complaints.

(C) Documentation of my son's complaints to me.

Ⓒ

6/24/02  I am addressing concerns to Senator Biden's office, that my son has given to me. He is a inmate at Gander Hill Prison. His name is William F. Davis III
S.B.I. # 162762

5/22 9:19 P.M. Son called from Gander Hill c/o severe pain (pay phone # 426-9321) I put in a call to Gov Minner's answering service, operator took my name and phone number, stated Matt was spokesperson.
No response from Matt

5/23 Son called and stated given → Tylenol

6/2 8:55 P.M. Son again c/o pain

6/3 9:08 A.M. Call put into Jean Long (medical supervisor) no response

6/4 Son again c/o pain. States he can hardly move, no appetite

02

C

2

6/4 cont'd

→ States given 600 mgm Motrin
6/6 Placed a call to main prison number (no response)
6/7 Called main number again (no response)
Placed a call to Governors office (Wilmington) Spoke to John Henry. Stated my concerns to him. Did not call me back
10:30 AM Son called to state he is in infirmary, to be x-rayed
6/10
1:19 PM Son called and stated x-rays were taken, but no one has communicated with him. I spoke to Jean Long (1:30 PM) Hesitant to speak to me. Stated I don't know who you are. I informed her firmly, I was his mother
6:45 PM Son c/o pain
6/12. Son still in infirmary. I call Rick Brown (internal affairs) Addressed my concern

(62)  (3)

C

6/12 (cont'd)
to him. He returned back to me and stated mostly dealing with a intestinal problem (according to the doctor)

6/13 Spoke to Prison Comm's secretary. States will check into situation. (Did not call me back)

6/14 Son continues c/o pain. States he can hardly walk, very little appetite. Was told he will get another x-ray

6/15 c/o pain

6/16 c/o feeling weak, no appetite, nauseated, throwing up.

6/16 I left a message on voice mail of Lt. Governor's office (Dover)

6/17 Call came from Lt. Governor's office. (message left) Stating they had received my message and would get back to me   2:26 P.M.

6/17 Son states needs are being ignored. Stated a Nurse Betty stated to him "Your not going to the hospital, it's not your hernia, it's a obstruction of the bowels"

6/18 Called Senator Biden's office

6/18 Diane Butler returned my call. Stated medical unit states not constipated, bowels moving okay, hernia is small, blood work done, x-ray done, no infection (according to my son he weighed himself when first placed in infirmary (225 lbs))

con't'd conversation with Diane Butler stated medical staff feels he wants to stay in infirmary. Not eating his special diet, Eating what he is not supposed to eat (Note: If he is on a special diet, how is he getting things to eat he is not supposed to have?)

6/19 Son states went to bathroom and passed a lot of waste (Stated by staff bowels were okay on 6/18)

6/20 Son states still having pain, but stated to be placed back on pod.

→ 6/21 Son placed back on god. States he is still in pain. I call Comm. office again. Told to call Cathy English. I did not place call.

6/23 Son continues to c/o pain and not having a appetite.

6/25 12:34 P.M. Son continues to c/o pain.
→ States lost 20 lbs.

6/26 Son continues to c/o pain,
→ no appetite, weak, cannot hardly move, nauseated, stating I'm tired of being sick.
→ I feel like crying.

6/27 Called Biden's Office (no response)

6/28 c/o pain

→ 7/7 Son still c/o pain, nausea, no appetite, states I'm getting weak, given no pain medication c/o cramps

7/8 Called atty. General's Office Wilm. Spoke to Gregory Smith. I gave him my concerns about my son. After listening to my concerns

C

(6)

7/8 cont'd

→ Mr. Smith stated. "How do you think families feel who have crimes committed against them" I could not understand why he made the statement to me when it had nothing to do with my son's issues.

7/8 Son called and stated he was to have more blood work done. States went from 250-232 (lbs)

→ 7/9 Son continues to %o no appetite States nobody cares about his problem repeating over and over.

7/10 Senator Biden's spokesperson Diane Butler suggested I make a visit to see weight loss

8/5 Spoke to Linda Hunter (medical) Stated being taken care of

7/29 Son states continued pain Tylenol 3 not helping

8/16/ Called Senator Margaret Henry. Gave my concerns to her called me back and stated

02

C

7

8/16 cont'd

She spoke to the Warden and stated he was to see a surgeon.

Surgery performed on 9/5 (Dr. Nammen)

It seems as tho nothing would have been done for my son, if I had not communicated with Senator Henry. According to my son the doctor stated he could have died from the bacteria in his feces if treatment was put off much longer.

KPA's →

9/13
11:26 AM
Spoke to Linda Hunter (medical supervisor). Stated he is doing better than last week.

Lois E. Davis
102 So. Heald St.
Wilm De. 19801
(302)-777-7558