# EXHIBIT E

JTVCC James T. Vaughn Correctional Center                    Date: 07/16/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : DAVIS, WILLIAM F 3 | **SBI#** : 00162762 | **Institution** : JTVCC |
| **Grievance #** : 159078 | **Grievance Date** : 05/12/2008 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Resol. Date** : 07/16/2008 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/12/2008 | **Incident Time** : 12:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg T2, Cell 1, Bed 47 | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:  I was told that a treatment plan would be work out by Jean Long who was the supervisory over seer when I had a hernia in Gander Hill Prison May 22, 02. i am having abdominal pain again. i want all copies my medical grievances when I was at Gander Hill Prison in Wilm. Del. starting April 01,02 to Sept 30, 02. I want to know if I had all of my grievance hearing.

**Remedy Requested** :  Inmate Action Requested:  Where is my treatment plan by Jean Long for my hernia.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/21/2008 |
| **Investigation Sent :** 05/21/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

JTVCC James T. Vaughn Correctional Center                                        Date: 07/16/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : DAVIS, WILLIAM F 3 | SBI# : 00162762 | Institution : JTVCC |
| Grievance # : 159078 | Grievance Date : 05/12/2008 | Category : Individual |
| Status : Resolved | Resolution Status: Level 2 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/12/2008 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location :Bldg T2, Cell 1, Bed 47 | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Moore, Ronnie | Date of Report  05/21/2008 |

**Investigation Report :** 6/7/08-Im request grievances from 2002 while incarcerated at Gander Hill; refused to sign off; IM request next level

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/16/2008

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DAVIS, WILLIAM F 3 | SBI# : 00162762 | Institution : JTVCC |
| Grievance # : 159078 | Grievance Date : 05/12/2008 | Category : Individual |
| Status : Resolved | Resolution Status : Level 2 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/12/2008 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg T2, Cell 1, Bed 47 | |

### IGC

Medical Provider:                          Date Assigned

Comments:

[x] Forward to MGC          [ ] Forward to Medical Provider          [ ] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :

[x] Offender Signature Captured          Date Offender Signed          : 07/16/2008

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/16/2008

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DAVIS, WILLIAM F 3 | SBI# : 00162762 | Institution : JTVCC |
| Grievance # : 159078 | Grievance Date : 05/12/2008 | Category : Individual |
| Status : Resolved | Resolution Status: Level 2 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/12/2008 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg T2, Cell 1, Bed 47 | |

### MGC

Date Received : 06/24/2008          Date of Recommendation: 07/16/2008

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : | Deny : | Abstain : |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 7/16/08: Inmate signed off as resolved.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I __✗__   CLASS II _____    DISCIPLINARY REPORT    DR #: 02-0641

INMATE NAME: Davis, William    INST #: 162762    HOUSING UNIT: 22-08

PLACE OF INCIDENT: 22-Pod    DATE: 08-02-02    TIME: Approx 1018

VIOLAITON(S): 1.06 Disorderly or Threatning 2.05 disrespect. 2.06 Fail to
Obey an order  2.11 off limits

WITNESSES: 1. Schaffer, T.    2. _____    3. _____

DESCRIPTION OF ALLEGED VIOLATION(S): Inmate Davis, William Spoke with
Corporal McMillian about seeing the doctor. Cpl. McMillian tool
Mr. Davis name and said he will go speak with someone in medical. Five
minutes after the Corporal left 22-Pod Mr. Davis became irate
demanding for C/o Schaffer to call a CODE 4 because he need to see
the doctor Mr Davis started yelling yall Motherfuckers don't give a
Fuck I have to die in this motherfucker Mr. Davis than reach
on the c-anel grab the papers and envelopes and threw them on
the Pod. A direct Order was given to lock-in Mr. Davis continue
pacing in front of the c/os desk. Called Secondary to Notify them
of the situation a CODE 6 was called.
──── I was in a lot of pain
because of my Hernia Staff put me in     C/o Schaffer, T.
Solitary Confinement is for punishment    REPORTING STAFF'S SIGNATURE

DISPOSITION OF INMATE: (✗) PRE-HEARING DETENTION    ( ) CURRENT STATUS

REASON: Threat To Staff & Security

DATE: 8-2-02    TIME: 13³⁰    CELL SECURED (✗) YES    ( ) NO

DISPOSITION OF EVIDENCE: _____

x _____
WATCH COMMANDER'S SIGNATURE

I have received a copy of this notice on DATE: _____ TIME: _____, and have been informed
of my rights to have a hearing and be present at the hearing and present evidence on my own
behalf.

I understand, if found guilty, I will be subject to imposition of sanctions outlined in the
Rules of Conduct.

_____    x _____
REVIEWER    INMATE'S SIGNATURE

FORM #: 593