# EXHIBIT F

## Statement of Claim

Violations my eighth Amendment with Cruel And unusual punishment.
Delay or denial of Access to medical Attention.
I William F. Davis III I Am Showing how First Correctional medical incorperated who is Supervisory personnel with power And duty to ensure Adequate medical Care is liable under 1983 for breaches of thier legal obligation resulting in Consitutional Violations. First Correctional medical duty to monitor nurse Betty Bradley And Doctor Benjamin Robinson to ensure inmate is getting Adequate medical Care before A Serious illnesses happen. nurse Betty Bradley And Doctor Benjamin Robinson displayed diliberate indifference with A Culpable State of mind by them ignoring I, William F. Davis III face A Substantial risk of Serious harm And disregard that risk by failing to take reasonble measures to Abate it. the letter from Raphael Williams stated on may 22,02 I, william F. Davis III Complained of Abdominal pains. the letter stated from the medical department determined I had two small ventral hernias.
First Correctional medical time period began June 30, 2002 when Correctional medical Services left June 30, 2002.
the letter stated my hernia were easily reducible And were not Causing pain who reduce my hernia. I was seen Again for pain And it was determined the hernia were not reducible And bowel Sounds were decreased.
I, william F. Davis III was Admitted to the infirmary And X-ray revealed partial distal Small bowel obstruction but request for Admission No.13 Stated I had no bowel Obstruction by the X-ray report.
nurse Betty Bradley And Doctor Benjamin Robinson displayed deliberatly indifferent they knew from the diagnosis that my hernia was not reducible Causing all kinds of Agonizing pain did nothing for 9½ months resulting in losing 4-inches of my intestines, finding feces inside of my Abdominal and leaving me with a very hidious and unattractive long Scar on my obdominal.

I call because of the pain 6-10-02. on 6-14-02 I call because of pain and I could not hardly walk and little appetite. on 6-15-06 I call because of pain. on 6-16-02 I call because I was feeling weak and no appetite nauseated and throwing up. I call 6-17-02 to my mother Lois Davis nurse Betty stated I am not going to the hospital. I call my mother and told her I lost a lot of weight because I weighed my self. on 6-20-02 Still having pain and medical put me back on the pod.

6-21-02 Still having pain on the pod.

6-22-02 Still having pain and no appetite.

6-25-02 Still having pain lost 20 pounds.

6-26-02 Still having pain no appetite, weak and nauseated.

6-28-02 Still having pain.

7-7-02 Still having pain nausea, no appetite Stated I am getting weak and cramps.

7-8-02 Stated lost weight from 250 to 232 pounds.

7-9-02 Still having no appetite becases I am nausea all the time and stated nobody care about my problem over and over again.

7-29-02 Still having pain tylenal 3 not helping.

8-16-02 my mother call Senator margaret henry because I was weaker and weaker the pain was so bad I counld not stand it no more think God for Senator margaret helping me. Surgeon Doctor mammen stated if surgery was put off much longer because bacteria in feces was in my Abdominal.

Request for Admission, <u>Defendants</u> stated no.#13 on June 20.02 I had no bowel obstruction by the x-ray report lieing again.

letter from <u>Civil Division</u> by gregory E. Smith Deputy Attorney general stated, the medical services provider, based upon the results of diagnostic tests, has determined that your Son's present condition does not require an operation.

if infection had developed because misdiagnosis resulting finding
feces in my abdominal I would have suffered serious complications
or death.

1. objective evidence: that condition seriously affect my health
or safety. the pain was so bad keeping me from normal actisitites
such as work, exercise, sports and sleep. physically I were
injured losing 4-inches of my intestines and feces was in my
abdominal and a very hidious and unattractive long scar on my
obdominal. psychologically is I almost die if infection had
developed becase feces was in my abdominal. I do not trust doctor
or nurse they cover-up and lie. it was bad and a long time in pain
for 4 ½ month. (Barney v. Pulsipher, 143 F. 3d 1299, 1311 (10th Cir 1998).

2. Subjective evidence: Deliberate indifference doctor, Benjamin Robinson
and nurse Betty Bradley knew from the diagnosis that my hernia
was not reducible causing all kinds of agonizing becouse
they gave my pain pills all the time and did nothing for 4 ½
months. Farmer v. Brennan, 511 U.S. 825 (1994).
Estell v. Gamble, 429 U.S. 97, 104, 97, s. ct. 285 (1976).

▶ Serious Medical need under the Eighth Amendment, one that has been
diagnosed by a physician as mandating treatment or one that is so obvious
that even a lay person would easily recognnize the necessity for a doctor's
attention. Hill v. DeKalb Reg'l youth, Det. Ctr 40 F.3d 1176, 1181 (11th Cir 1994).

Courts usually agree that the medical need must be one that if left un-
attended poses a a substantial risk of serious harm. Taylor v. Adam, 221
F.3d 1254, 1258 (11th Cir 2000).
Brock v. Wright, 315 F. 3d 158 (2d Cir. 2003).

I was in a lot of pain all the time because the letter from my mother
Lois Davis when I was calling home all the time showing I call
because of the pain date-6-2-02. call again because of the pain
6-4-02 and no appetite could not eat.

④

Raphael Williams to Joseph R. Bider United States Senator
Stated, there were no other Concerns such as nausea or vomitting
and he had positive bowel Sounds but, medical record by Doctor
Mammen the Surgeon Stated, he has had intermittent Vomiting and
Abdominal pain for the past three months and there was CT
Scan done Approximately a month ago the showed a near total
obstruction of the small bowel. medical trying to Cover-up again.
At the present time there is no reason to recommend Surgery for this
Condition as there is no Clinical need to repair the ventral hernia.
but, Doctor the Surgeon Mammen Stated Physical examination when
he came to the office revealed a sick looking male. He was admitted
emergergently from the office to St. Francis hospital.
the Civil law generally Calls a person reckless who Acts or if the person
has a duty to act fails to act in the face of an unjustifiably high risk
of harm that is either Know or so obvious that is should be known.
failed to act despite his Knowledge demonstration inusual was
bypassed such procedures, plolicy and Custom a Culpable state
of mind by nurse Betty Bradley and Doctor Benjamin Robinson
ignoring know or obvious proof delay requiring immediate emerency
treatment when my medical Condition got worsened. Deterioration
of my health examine the evidence my medical record from St.
Franics hospital show my intestines burst and massive fecal in my
Abdominal protein Calorie malnutrition lost 40 pounds of weight,
Sick looking, four month history of pain, vomiting and Abdominal
pain for three month, a bowel obstruction for three. When Surgery
was done I was in a intensive care unit because Chronic dehydration.
Disciplinary report show I been in a lot of pain because my hernia I want
to see a doctor but I was put in Solitary Confinement to punish me.

⑤

I receive substandard medical care by nurse Betty Bradley and Doctor Benjamin Robinson policy and procedure they did not follow the Standards for health Services for jails national Commission on Correctional health Care.

Policy - is defined a facility official position on a particular issue related to an organiction operation.

Procedure - is defined as describing indetail Sometime in sequence how a Policy is to be Carried out.

I did not get Adequat, Appropriate and Sufficient medical Care Standard established by national Commission on Correctional health Care.

the defendant liable as if they had inflicted the pain themseleves by give me pain medicantion to hide the herina problem making the Syptoms Worst.

Date: 8-17-08

Sincerely, William F Davis II

<u>Grievance Exhaustion</u>

I field a grievance due to being denide medical treatment. I was in-
formed by mrs. Jean Long was the Superviory over seer Stated a treatment
Plan would be work out.

Jones v. Bock, 127 S. Ct 910 (2007.) the Supreme Court held that the PLRA
exhaustion requirement is an affirmative defense not a pleading
requirement. therefore although exhaustion is necessary, prisoners are
not required to specially plead or demonstrate exhaustion in their
Complaints Id. At 919.

finally the Court rejected the total exhaustion rule and held that
while no unexhausted rule. Claims may be heard under the PLRA a
Court may not dismiss a entire Action simply because the Complaint
includes both exhausted and unexhausted Claims. Id. At 923, the Court
rejected the respondent's Analogy that the PLRA is Similar to the
total exhaustion rule in habeas Corpus. the Court found that the
PLRA's language does not Support total exhaustion stating that.
as a general matter if Complaint Contains both good and bad
Claims. the Court proceeds with the good and leaves the bad.
Id. At 924. Bishop v. Lewis C.A. 9 (Ariz.) 1998.

Date: 8-17-08

William F. Davis III

the united States District Court

William F. DAVIS III               ;
        Plaintiff                  ;
                                   ;
        V.                         ;  Civil Action NO. 04-209-SLR
                                   ;
Correctional medical Services     ;
First Correctional medical         ;
nurse Betty Bradley, And           (
Dr. Benjamin Robinson              ;
        Defendants.                ;

## motion for Summary Judgment

there is a genuine issue of material fact which requires trial.
Beard v. Whitley County Remc 840 F.2d 405, 410 (7th Cir 1988)
Valley Liquors inc. V. Renfield importers Ltd. 822 F.2d 656, 659, 7th
Cir 1987.

1. A letter from Raphael Williams to Josep R. Bider about my need to repair
my ventral hernia.

2. A letter from Civil Division from Gregory E. Smith, about my medical
Condition does not require A operation.

3. A letter from Lois Davis my mother about my medical Condition because
in a lot of pain all the time.

4. Disciplinary report because I Ask to See a doctor because I was in a
lot of pain all the time.

5. my medical Report from doctor thomas mammer-findings, Vomiting,
Abdominal pains for three month, lost 40 pounds, Sick looking. I was
Admitted emergently from the doctor office to St. Francis hospital for
Surgery.

I am entitled to Summary Judgment as a matter of law because there
is a genuine issue of material fact which requires trial.

Date: 8-17-08
Sincerely, William F Davis III

The United States District Courts

William F. Davis III
    Plaintiff

        v.

Correctional Medical Sevices
First Correctional Medical,
Nurse Betty Bradley, And
Dr. Benjamin Robinson,
    Defendants.

Civil Action No. 04-209-SLR

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for a order appointing Counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford Counsel. He has requested leave to proceed in forma Pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and Counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. These factor are listed in montgomery v. Pinchak, 294 F. 3d 492, 499 (3rd Cir. 2002). in Parham v. Johnson, 126 F. 3d 454, 461 (3d Cir 1997). Court of appeals where a Plaintiff's case appeare to have merit and most of the aforementioned factors have been met.

5. The Defendants has a lawyer and I would like to have Counsel to help me with Credibility of Defendants are telling the truth and Cross-examination or require investigation in this case and will need medical expert testimony be needed.

Date: 8-17-08

William F. Davis III
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

## Certificate of Service

I, _William F. Davis III_____, hereby certify that I have served a true

and correct cop(ies) of the attached: _motion for Summary_

_Judgment_____ upon the following

parties/person (s):

_Heckles & Frabizzio_
TO: _Daniel L. mcKenty_

_800 Del Ave, Suite 200_

_P.O. Box 128 Wilm, Del_

_19899-0128_

TO: _Office of the Clerk_

_united States District Court_

_844 N. King Street Lockbox 18_

_Wilm, Del 19801-3570_

_marshall, Dennehey, Warner_
_Coleman & Goggin_
TO: _Kevin J. Connors_

_1220 north market Street_

_5th Floor P.O Box 8888_

_Wilm, Del 19899-8888_

TO: _Patrick G. Rock_

_the Corporate Plaza_

_800 Del Ave, Suite 200_

_P.O. Box 128_

_Wilm, Del 19899_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __17__ day of _August_____, 2008

_William F. Davis_