# EXHIBIT G

United States District Court

William F. Davis III
  Plaintiff's,

  V.

Correctional medical Services
First Correctional medical
nurse, Betty Bradley, and
Dr. Benjamin Robinson
  Defendants.

Declaration
Lois E. Davis

Civil Action No. 04-209-SLR

hereby declares:

I Ms. Lois E. Davis wrote the letter regarding my son, William F. Davis III medical condition, regarding his hernia and I attained letters from the civil Division of New Castle County and Senator Biden's office, trying to help my sons medical condition.

I declare under penalty of perjury that the foregoing is true and correct Executed at City and State on

Lois E. Davis

2-7-08

I Ms. Lois E. Davis wrote a letter regarding my son, William F. Davis III, medical condition, regarding his hernia and I attained letters from the civil division of New Castle County and Senator Biden's office, trying to help my son's medical condition.

I declare under penalty of perjury that the foregoing is true and correct. Executed at city and state on

Lois E. Davis