# EXHIBIT H

I/M: William F. Davis III
SBI# 162762   UNIT 7-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Daniel L. McKenty
Heckler & Fabrizzio
The Corporate Plaza
800 Del Ave, Suite 200
P.O. Box 128 Wilm, Del
19899-0128



US POSTAGE $02.53
PITNEY BOWES
AUG 19 2008
MAILED FROM ZIP CODE 19977