UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>INC., et al., )<br>)<br>Defendants. ) | C.A. No. 04-CV-209 SLR<br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 5, 2008, I have caused a copy of the foregoing **AMENDMENT TO MOTION FOR SANCTIONS** to be served via first Class US Mail, postage prepaid upon the following:

| William F. Davis, III<br>SBI#162762<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Kevin J. Connors, Esquire<br>Marshall Dennehey Warner<br>Coleman & Coggin<br>1220 North Market Street,<br>5th Flloor<br>P.O. Box 8888<br>Wilmington, DE 19899 |
|---|---|

Heckler & Frabizzio, P.A.

_____
Patrick G. Rock, *DE Bar #4632*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendants

Dated: September 5, 2008
17810 / 410290v2