CA04-209 SCR

Dear, Judge, Sue L. Robinson - CASE - Civ no - 04-209-SLR

Defendant's lawyer Patrick G. Rock sent me, William F. Davis III, request for Admission related interrogatories I did not fill out. The request of Admission interrogatories last page stated, State the name and name and address of each person who has in his or her possession a copy of each of the document referred to in answer to defendant's interrogatory. I did not know I had to fill out the last page of the request of Admission interrogatory.

I did not know what is the interrogatory. I did not had time to go to the law library, because, I had only 10-days. it take to week for a appointment. I have a learning disability some time I have a hard time understanding things. I am sending you my school records and test record and a letter from my mother Lois Davis, that I lost oxygen during birth and I did not overcome. I ask the court for a motion for counsel because I need help to do my legal work. Jail house lawyer try to help me with my legal work and I had to remend my legal work a lot of time.

Judge Sue L. Robinson may you write me back to tell me, William F. Davis III what to do I did my best to fill out the documents

I do not want my case dismiss because I did not understand interrogatories

this is my Plaintiff's First Request of production of Document they did not reply

thank you

William F. Davis III

FILED
SEP 12 2008
U.S. DISTRICT COURT