**DELAWARE DEPARTMENT OF EDUCATION**
DCC Education Program
1181 Paddock Road
Smyrna, Delaware 19977

June 8, 2006

Name **Davis, William F. III**

SBI # 00162762

Bldg. -- D/E

Dear Mr. Davis :

Enclosed is a copy of the _____ School Transcript _____ for your records from

_____ William Penn High School _____.

A copy of this information has been placed in your education file. If you should need any further assistance, please feel free to contact me.

Sincerely,

Sharon Haith
Education Office

Enclosure: 1

**Davis, William F.III**

```
ID Number: 00162762                                04-28-06 Plmt Comp
Test Date: 04/28/06                                TABE 7/8 Basic Ed
Run Date: 04/28/06                                 Mrs. M. Whelan T/S
Page No. 5
```

| Subtests | L/F | NR | NA | SS | GE | NP | NC | NS | OM | Predicted GED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| READING COMP | M7 | 35 | 50 | 490 | 5.1 | 43 | 46 | 5 | 60 | Reading | 41 |
| MATH COMP | E7 | 18 | 25 | 427 | 3.6 | 22 | 33 | 3 | 50 | Math | 35 |
| MATH APPS | E7 | 27 | 50 | 434 | 3.6 | 22 | 33 | 3 | 38 | Science | 42 |
|  |  |  |  |  |  |  |  |  |  | Soc/Std | 42 |
| TOTAL MATH |  | 45 | 75 | 430 | 3.5 | 20 | 32 | 3 |  |  |  |

```
L/F=Test Level & Form    NR=Number Right         NA=Number Attempted
SS=Scale Score           GE=Grade Equivalent     NP=National %ile
NC=Normal Curve Equiv    NS=National Stanine     OM=% of Obj. Mastered
```

| Objectives | Score | MST Level | Percent |
|---|---|---|---|
| READING COMP |  |  |  |
| INTERP.GRAPHICS | 5/ 9 | P | 55 |
| WDS. IN CONTEXT | 6/ 7 | + | 85 |
| RECALL INFORMA. | 7/ 8 | + | 87 |
| CONSTRUCT MEAN. | 11/18 | P | 61 |
| EVAL/EX.MEANING | 6/ 8 | + | 75 |
| Subtest Avg |  |  | 70 |
|  |  |  |  |
| MATH COMP |  |  |  |
| ADD. WHOLE NUM. | 6/ 7 | + | 85 |
| SUB. WHOLE NUM. | 6/ 7 | + | 85 |
| MULT.WHOLE NUM. | 4/ 6 | P | 66 |
| DIV. WHOLE NUM. | 2/ 5 | - | 40 |
| Subtest Avg |  |  | 72 |
|  |  |  |  |
| MATH APPS |  |  |  |
| NUMERATION | 5/ 6 | + | 83 |
| NUMBER THEORY | 3/ 6 | P | 50 |
| DATA INTERPRET. | 6/ 7 | + | 85 |
| PRE-ALG/ALGEBRA | 2/ 4 | P | 50 |
| MEASUREMENT | 2/ 6 | - | 33 |
| GEOMETRY | 4/ 5 | + | 80 |
| COMP.IN CONTEXT | 1/ 9 | - | 11 |
| ESTIMATION | 4/ 7 | P | 57 |
| Subtest Avg |  |  | 54 |
|  |  |  |  |
| Total Average |  |  | 64 |

1

# JUNIOR HIGH SCHOOL RECORDS (GRADES 7-9)

## 7th GRADE
SCHOOL _____ YEAR 19__ 19__

| SUBJECTS | No. Wks. | Len. of Pers. | Pers. Per Wk. | Yr. Avg. |
|---|---|---|---|---|
| English | | | | |
| Mathematics | | | | |
| History | | | | |
| Geography | | | | |
| Science | | | | |
| Foreign Lang. | | | | |
| Home Ec. or Ind. Arts | | | | |
| Music | | | | |
| Art | | | | |
| Health | | | | |
| Phy. Ed. | | | | |

Days Tardy ____ Days Absent ____

## 8th GRADE
SCHOOL _____ YEAR 19__ 19__ H.R. Teacher _____

(same subjects blank)

Days Tardy ____ Days Absent ____

## 9th GRADE
SCHOOL Christiana H.S.  YEAR 19 74 19 75  H.R. TEACHER _____

| SUBJECTS | | | | Yr. Avg. | Teacher Comments |
|---|---|---|---|---|---|
| English 9 | | | | 72 | .50 |
| Phy. Ed. | | | | 80 | .50 |
| Social Studies | | | | 72 | 1.00 |
| Math | | | | 72 | .50 |
| Science | | | | 72 | .25 |
| First Chap (?) | | | | 87 | .25 |

Total Units 0

Days Tardy ____ Days Absent ____

---

# SENIOR HIGH SCHOOL RECORD (GRADES 10-12)

## 10th GRADE
SCHOOL Christiana H.S.  YEAR 19 75 19 76  H.R. TEACHER _____

| SUBJECTS | No. Wks. | Len. Pers. | Pers Wk. | Yr. Score % | 110 | Yr. Avg. | Unit | Teacher Comments |
|---|---|---|---|---|---|---|---|---|
| English 10 | | | | | | 80 | 1.00 | |
| Phy. Ed. | | | | | | 80 | .50 | |
| Math | | | | | | 76 | .50 | |
| Driver Ed. | | | | | | 80 | .25 | |
| Social Studies | | | | | | 72 | .25 | |
| Biology | | | | | | 80 | 1.00 | |

Total Units 4.00

Days Tardy ____ Days Absent ____

## 11th GRADE
SCHOOL Delcastle  YEAR 19 76 19 77  H.R. TEACHER _____

| English | | | | | | | | |
| Phy. Ed. | | | | | | | | |

1977-78   Delcastle   0   0

Days Tardy ____ Days Absent ____

## 12th GRADE
SCHOOL ____ YEAR 11 19 78 19 79  H.R. TEACHER _____   78/79

```
Engl    WILLIAM PENN HIGH
Phy.    3071 74 DAVIS WILLIAM    SEX M
        GRADE 11 HOMEROOM ELL       CRED
        CRS#       TITLE       1 2 3 4 F F
        0074   HEALTH            F F F F
        0406   GEN 3 (BIOL)GY    F F D F F
        0523   OCCUP MATH        F F N F F
        0603   WOOD SHI II       G F N F F
        0840   ENG               C F Z F F
        0842   MATH              F F C F F
        0846   SOC ST            C F F F F
        0848   READING           CRED... F
        ABS          1.TS.       RANK    0.00
        CUM AVG                          0.00
```

Days Tardy ____ Days Absent ____

SCHOOL _____

TOTAL TARDY ____   TOTAL ABSENT ____   TOTAL CREDITS ____

DATE WITHDREW __/__  GRADUATE ☐  RANKED ☐   GRADE A ____

6/29/06

2

To whom it may concern,

Just a brief history on my son "William F. Davis III" Born Nov 7-1960 in West Chester, Pa. Delivered by natural birth. Told later, should have had a C. Section. Difficult birth. Did not talk by age 4. Pointed to what he wanted such as a drink of water. Told by pediatrician, not to give. Make him ask. Did not do well in school from kindergarden on. I asked over and over not to pass him to next grade, but was always told "he will be ok". Displayed constant acting out at home. Psychological requested by me at age 8? Psychologist stated was verbally Retarded, which created his frustration. Did not overcome down through the years. Should have been on meds, but my finances were small. I hope this provides some insight.

Respectfully,

Lois E. Davis

6/29/06

P.S. Lost oxygen during birth I.Q 70

SUSAN THOMAS ORSETTI
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 23, 2008

United States District Court

A

Dear Judge, Sue L. Robinson - Case - Civ No. 04-209-SLR
  Defendant's Lawyer Patrick G. Rock gave you request for Admission. They gave you a blank request for Admission or production of documents trying to show I did not fill out the documents. Ask the defendant's lawyer where is the document that I fill out. Why are the defendant lawyer playing game with the Court and lying to the Court. When I fill out the request for Admission I did not had time to get copyes done. Because I had 10 day to fill out the paper.
  The request for Admission most of the question stated "I" or I requested treatment. I, William F. Davis III did not write the question. I wrote to my ability the respones.
  Plaintiff William F. Davis III did not receive a motion to compel. I receive notice of deposition. I receive discovery motion. I receive motion for Sanctions, and motion for failure to comply with Court Order within 10 day and I fill out the document. I would be a fool not to fill out the document when the Court Order me to do so before 10-days. I would not have my case dismiss because I did not comply with a Court Order because I been though a lot of pain because of my hernia problem and surgery.
  The Court order me to submit discovery and application by motion I did not understand what to do.
  I have Jail house lawyer to help me with my legal work and I had to amend my legal paper a lot of time. I ask the Court for motion for appointment of Counsel.

basis that I has several debilitating mental disorders legal issues is some time is complex for me I did not understand.

1. the plaintiff's ability to present my own case with at legal help.
2. the capacity to retain counsel on my own behalf.
3. the difficulty of the particular legal issues.

the defendant's had lawyers but I do not have lawyer. I made some mistake in my legal work. the Defendant's lawyer are trying to get my case dismiss. I did my best and ability. The defendant's lawyer Patrick G. Rock is trying to get my case dismiss. Now the defendant lawyer is trying to settling the case. I do not have a lawyer. Why all this confusion from the defendant's lawyer.

I fill out a motion for request for production of documents I did not get from the defendant lawyer within 30-days.

Respectfully submitted,
William L. Davis III

I/M William F. Davis II
SBI# 162762    UNIT J-2
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge Sue L. Robinson
Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilm, DE    19801-3570