United States District Court

William F. Davis III
   Plaintiff's
      v.
Correctional medical Services
First Correctional medical
nurse Betty Bradley, And
Dr. Benjamin Robinson
   Defendants.

Civil Action No. 04-209-SLR

Plaintiff's First Request for production of Documents

Pursuant to Rule 34 of the Federal Rules of Civil Procedure And Federal Rule of Civil Procedure 26(b)(1), Plaintiff's requests that defendants, Correctional medical Services, First Correctional medical, nurse Betty Bradley And Dr. Benjamin produce for inspection And Copying the following documents Answers by defendants within 30 days of Services of these documents:

1. the complete prison medical grievances and medical grievances hearing starting January 2000 to May 2004 when I was at M.P.C.J.F prison or gander Hill prison original Copies.
2. All written Statements original or Copies identifiables as medical reports about my hernia at gander Hill prison when I was seeing Dr. Benjamin Robinson.
3. All medical rules, regulations and policies when a inmate have a emergency for a hernia when a inmate is in a lot of pain all the time.

Date:

William F. Davis III

