
#1

United States District Court

Dear Judge, Sue L. Robinson, Cv No. 04-209-SLR

On August 12, 08 the Court issued a order ordering me, William F. Davis II the Plaintiff to provide answers to interrogatories and responses to request for production of documents within 10 days.

The Defendants sent you judge a motion for Sanction pursuant to federal rule of Civil Procedure 37(b)(2) for Plaintiff failure to abide by Court order dated August 12, 08. The Defendants motion for Summary Judgment for Betty Bradley and Dr. Benjamin Robinson no. 7 stated the Plaintiff has admitted in the request for Admission that neither nurse Betty Bradley nor Dr. Benjamin Robinson refused to treat him. They did. See request for Admission 14, 15, 27, and 28, attached as exhibit A.

The Defendant's admit they receive the request for Admission that I fill out before 10 days. Defendant's are trying to get my case dismiss by lieing to the Court saying I failure to abide by Court order. I fill out the admited requests for Admission and Production of Documents.

I am waiting for the deposition hearing to respond to questions before August 22, 08 I did not get.

thank you
William F. Davis II



FILED
SEP 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ scanned